TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
**Attorney for Santiago Gonzalez**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-00349-GMN-PAL |
| Plaintiff, | |
| vs. | ORDER GRANTING MR. GONZALEZ'S UNOPPOSED MOTION TO TRAVEL OUTSIDE OF CLARK COUNTY, NEVADA |
| SANTIAGO GONZALEZ, | |
| Defendant. | |

Based on the Motion of Defendant SANTIAGO GONZALEZ and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant, SANTIAGO GONZALEZ may travel outside of Clark County, Nevada from the dates of **Saturday July 29, 2017** through **Tuesday August 1, 2017**.

2. Mr. Gonzalez has notified his Pre-Trial Officer and has provided the address where he will be staying.

3. Mr. Gonzalez will also advise his Pre-Trial Officer within 24hrs of his return to Las Vegas, NV.

4. All other conditions of Pretrial supervision/diversion shall previously remain in place.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2017.

_____
Nancy J. Koppe
United States Magistrate Judge