RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Santiago Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>SANTIAGO GONZALEZ,<br><br>        Defendant. | Case No. 2:15-cr-00349-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

       IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Santiago Gonzalez, that the Revocation Hearing currently scheduled on October 7, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

       This Stipulation is entered into for the following reasons:

       1.    In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations, and the District Court's Temporary General Orders, the parties seek to continue the revocation hearing to such a time in the future where the parties and Mr. Gonzalez will be able to appear in person for the revocation hearing.

2. The government has indicated they intend to indict Mr. Gonzalez for the alleged criminal conduct that serves as the basis for the alleged violations of conditions of supervision. As the new criminal charge will be intertwined with the conduct alleged in the violation petition, the parties request the hearing on alleged violations of conditions of supervision be continued to allow the parties time to explore a global resolution to both cases.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 6th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Kimberly Anne Sokolich*<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SANTIAGO GONZALEZ,<br><br>        Defendant. | Case No. 2:15-cr-00349-GMN-PAL<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, October 7, 2020 at 12:00 p.m., be vacated and continued to January 6, 2021, at the hour of 12:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

     DATED this  7  day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

3