RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Santiago Gonzalez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTIAGO GONZALEZ,<br><br>    Defendant. | Case No. 2:15-cr-00349-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Santiago Gonzalez, that the Revocation Hearing currently scheduled on January 6, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

   This Stipulation is entered into for the following reasons:

   1.   Mr. Gonzalez was recently indicted for the conduct which serves as the basis for the revocation. Defense counsel requests the opportunity to review the discovery with his client prior to the revocation hearing. Additionally, the parties would like to continue the revocation

hearing to pursue a global agreement which will potentially resolve the new criminal case and the supervised release case.

        2.       The defendant is in custody and agrees with the need for the continuance.

        3.       The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 28th day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Kimberly Anne Sokolich*<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTIAGO GONZALEZ,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00349-GMN-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, January 6, 2021 at 12:00 p.m., be vacated and continued to April 14, 2021, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this 29 day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

3