RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Santiago Gonzalez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00349-GMN-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| SANTIAGO GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Santiago Gonzalez, that the Revocation Hearing currently scheduled on June 16, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Gonzalez is currently resolving a new criminal charge.  The parties would like to continue his hearing regarding revocation of his Supervised Release until after his new criminal charge has been resolved.

2.      The defendant is in custody and agrees with the need for the continuance.

1    3.    The parties agree to the continuance.

2    This is the fourth request for a continuance of the revocation hearing.

3    DATED this 9th day of June, 2021.

4

5    RENE L. VALLADARES                    CHRISTOPHER CHIOU
     Federal Public Defender               Acting United States Attorney

6

7

8    By /s/ Paul D. Riddle                 By /s/ Kimberly Anne Sokolich
     PAUL D. RIDDLE                        KIMBERLY ANNE SOKOLICH
9    Assistant Federal Public Defender     Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00349-GMN-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| SANTIAGO GONZALEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 16, 2021 at 10:00 a.m., be vacated and continued to Wednesday, August 18, 2021, at the hour of 10:00 a.m. in Courtroom 7D before Judge Navarro.

DATED this 11 day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE

3