RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Santiago Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00349-GMN-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fifth Request) |
| SANTIAGO GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Santiago Gonzalez, that the Revocation Hearing currently scheduled on August 18, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel was recently assigned to Mr. Gonzalez's case. Counsel needs additional to meet with Mr. Gonzalez to discuss the pending petition and determine how he wishes to proceed at the revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 16th day of August, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By /s/ Kimberly Anne Sokolich<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SANTIAGO GONZALEZ,<br><br>  Defendant. | Case No. 2:15-cr-00349-GMN-PAL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 18, 2021 at 10:00 a.m., be vacated and continued to Tuesday, August 31, 2021, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

   DATED this  16  day of August, 2021.

   _____
   UNITED STATES DISTRICT JUDGE

3